UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-2330 GAF | Date | June 26, 2008 |
|---|---|---|---|
| Title | In re: Christer Wernerdal | | |

| Present: The Honorable | GARY ALLEN FEESS | | |
|---|---|---|---|
| Michele Murray | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

### ORDER TO SHOW CAUSE

Appellant Donald Metcalf appealed, to this Court, a bankruptcy court order discharging debts of Christer Wernerdal. On February 25, 2008 the Clerk issued a certificate of readiness regarding the completion of the record for appeal. (Docket No. 5.) Concomitant with the certificate, the Clerk issued the notice setting forth the briefing schedule which required Metcalf to file his opening brief "not later than March 11, 2008." (Docket No. 6.) It has now been over two months since Metcalf's brief was due, and no papers, whatsoever, have been filed with the Court.

Accordingly, Metcalf is **ORDERED TO SHOW CAUSE** why this appeal should not be dismissed for lack of prosecution. Fed. R. Bankr. P. 8001 ("An appellant's failure to take any step other than timely filing a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, *which may include dismissal of the appeal*.") (emphasis added); Chambers v. NASCO, Inc., 501 U.S. 32, 49 (1991) ("a federal district court has the inherent power to dismiss a case sua sponte for failure to prosecute"); see Local Rule 41-1 ("Civil suits which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution."). Metcalf must respond to this order no later than **Monday, July 14, 2008** or the Court will dismiss the appeal.

IT IS SO ORDERED.