LINKS: 1, 6, 7
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-2330 GAF | Date | August 19, 2008 |
|---|---|---|---|
| Title | In re: Christer Wernerdal | | |

| Present: The Honorable | GARY ALLEN FEESS | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**     **(In Chambers)**

## ORDER DISMISSING APPEAL

Appellant Donald Metcalf appealed, to this Court, a bankruptcy court order discharging debts of Christer Wernerdal. On February 25, 2008 the Clerk issued a certificate of readiness regarding the completion of the record for appeal. (Docket No. 5.) Concomitant with the certificate, the Clerk issued the notice setting forth the briefing schedule which required Metcalf to file his opening brief "not later than March 11, 2008." (Docket No. 6.) The Court never received any briefing and issued an Order to Show Cause why the appeal should not be dismissed for lack of prosecution. (Docket No. 7.) The Court warned that it would dismiss the appeal if it did not receive a response by Monday, July 14, 2008. The Court received no response. Accordingly, the appeal is hereby **DISMISSED**. Fed. R. Bankr. P. 8001 ("An appellant's failure to take any step other than timely filing a notice of appeal does not affect the validity of the appeal, but is ground only for such action as the district court or bankruptcy appellate panel deems appropriate, *which may include dismissal of the appeal*.") (emphasis added); Chambers v. NASCO, Inc., 501 U.S. 32, 49 (1991) ("a federal district court has the inherent power to dismiss a case sua sponte for failure to prosecute"); see Local Rule 41-1 ("Civil suits which have been pending for an unreasonable period of time without any action having been taken therein may, after notice, be dismissed for want of prosecution.").

IT IS SO ORDERED.